UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Crim. No. 07-143(SRC)

UNITED STATES OF AMERICA v. **Marckese Stewart**
                                Defendant
PETITION FOR WRIT OF HABEAS CORPUS:  Your petitioner shows that

1.  **MARCKESE STEWART, DOB:** _____    **FBI# 110126AB2**    is now confined in **SOUTH WOODS STATE PRISON**.

2.  Said individual will be required at United States District Court, before the **Honorable Stanley R. Chesler, Friday, February 4, 2011 at 11:00 a.m.** for **an ARRAIGNMENT**, in the above captioned case, in which **he** is a **defendant** and a Writ of Habeas Corpus should be issued for that purpose.

DATED:  January 28, 2011

_____
Assistant United States Attorney
Petitioner Lisa M. Colone

ORDER FOR WRIT:  Let the Writ Issue.

DATED: 2/1/2011

_____
HONORABLE STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE

WRIT OF HABEAS CORPUS:  The United States of America to

**WARDEN, SOUTH WOODS STATE PRISON**
WE COMMAND YOU, that you have the body of **Marckese Stewart**, now confined in **South Woods State Prison** brought to the **United States District Court** before the **Honorable Stanley R. Chesler** in Newark, New Jersey on Friday, February 4th, 2011 at 11:00 am, **for an ARRAIGNMENT**, in the above-captioned matter.  Immediately on completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the **Honorable Stanley R. Chesler**
United States Magistrate Judge at **Newark, N.J.**

DATED: 2/1/2011

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per _____
         Deputy Clerk