UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARCKESE STEWART | Hon. Stanley R. Chesler<br><br>Criminal No. 07-143 (SRC)<br><br>**ORDER REQUIRING ACCOMODATION FOR ATTORNEY TELEPHONE CONFERENCES** |

This matter having been opened to the Court by Bruce S. Rosen, appointed counsel for Markese Stewart, with consent of the United States (Melissa L. Jampol, Asst. U.S. Attorney appearing), and the Court finding good cause for the issuance of this Order, and it is,

**ORDERED** that South Woods State Prison in Bridgeton, N.J. be required to provide inmate Markese Stewart, inmate number 590649/ SBI 000150812C, with telephonic access to his attorney, Bruce S. Rosen, no later than 11 a.m. Tuesday, March 22, 2011 and at such other times through March 24, 2011 as required by Mr. Rosen, with two-hour notice to prison officials.

**SO ORDERED**

_____
HON. STANLEY R. CHESLER, U.S.D.J.

Dated: 3/22/2011