UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. MARCKESE STEWART

## PETITION FOR WRIT OF HABEAS CORPUS

1. MARCKESE STEWART, DOB: _____ SBI#:150812C, is now confined to Southwoods State Prison.

2. MARCKESE STEWART, DOB: _____ SBI#: 150812C will be required at the United States Court House in Newark, New Jersey before the Hon. Stanley R. Chesler, U.S. District Judge, on Monday, May 9, 2011, at 11:00 am, for a Plea Hearing, in the above-captioned case. A Writ of Habeas Corpus should be issued for that purpose.

DATED: May 2, 2011
Newark, NJ

_____
Melissa Jampol, Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: 5/2/2011

_____
Hon. Stanley R. Chesler, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of Southwoods State Prison
WE COMMAND YOU that you have the body of

MARCKESE STEWART, L____ _    SBI#:150812C

now confined at the Southwoods State Prison, brought before the United States District Court, before the Hon. Stanley R. Chesler, U.S. District Judge, on Monday, May 9, 2011, at 11:00 am, for a Plea Hearing.

WITNESS the Hon. Stanley R. Chesler
United States District Judge
Newark, New Jersey.

DATED: 5/2/2011

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk