PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Marckese Stewart                                    Cr.: 07-00143-017
                                                                      PACTS #: 48746

Name of Sentencing Judicial Officer:   THE HONORABLE STANLEY R. CHESLER
                                        SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 07/11/2012

Original Offense:   Count One: Racketeering Conspiracy; 18 U.S.C., Section 1962(d) & 1963

Original Sentence: 116 months imprisonment, 36 months supervised release

Special Conditions: Alcohol/Drug Testing and Treatment, Mental Health Treatment, Computer Monitoring, Restitution - Money, Prohibition on Gang/Criminal Associations

Type of Supervision: Supervised Release                Date Supervision Commenced: 06/29/2021

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number      Nature of Noncompliance

1                     On July 17, 2021, the individual under supervision (IUS) incurred numerous violations of supervised release. The IUS and his girlfriend left the District of New Jersey and traveled to New York City, where they drank alcohol (left the district without permission). They proceeded to drink alcohol prior to returning to New Jersey (alcohol is prohibited as part of the special condition for alcohol/drug testing and treatment). Because his girlfriend was intoxicated, the IUS drove the car back from New York (he does not have a license). Upon their return to New Jersey, they engaged in a verbal altercation which escalated to a physical assault. The IUS then took her vehicle and drove to Asbury Park, New Jersey, where he was arrested. He has been charged by Paterson Police Department with simple assault, robbery, and theft. Asbury Park Police Department charged him with Theft and Receiving Movable Property (new arrests). The IUS admitted he had been in contact with Kenneth Crumble, an individual he met while in the Bureau of Prisons and he was traveling to Atlantic City to meet him (criminal association).

                      The IUS was released from custody on July 19, 2021.

Prob 12A – page 2
Marckese Stewart

U.S. Probation Officer Action:

The undersigned officer met with the IUS on July 20, 2021 and reviewed his conduct. The IUS admitted to drinking alcohol, leaving the district without permission, driving without a license, and communicating with a convicted felon. He denied assaulting his girlfriend and the circumstances surrounding the robbery and theft charges.

The probation office is asking for no action to be taken by the Court until the state matters are resolved. The IUS has been referred for a substance abuse and mental health evaluation. It was made very clear to the IUS that any additional violations of supervised release would not be tolerated, and immediate action would be requested from the Court if he incurs to new violations.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Patrick T. Hattersley*

By:   PATRICK HATTERSLEY
Senior U.S. Probation Officer

/ ph

APPROVED:

Digitally signed by Luis R. Gonzalez
Date: 2021.07.21 11:41:45 -04'00'

LUIS R. GONZALEZ                Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

x   ☐ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

s/Stanley R. Chesler, U. S. D. J.

Signature of Judicial Officer

7/29/2021

Date