PROB 12A
(6/21)

# United States District Court

for

District of New Jersey

Report on Individual Under Supervision

Name of Individual Under Supervision: Marckese Stewart      Cr.: 07-00143-017
                                                            PACTS #: 48746

Name of Sentencing Judicial Officer:   THE HONORABLE STANLEY R. CHESLER
                                       SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 07/11/2012

Original Offense:   Count One: Racketeering Conspiracy, 18 U.S.C. Section 1962(d) & 1963

Original Sentence: 116 months imprisonment, 36 months supervised release

Special Conditions: Alcohol/Drug Testing and Treatment, Mental Health Treatment, Computer Monitoring, Restitution, and Prohibition on Gang/Criminal Association

Type of Supervision: Supervised Release          Date Supervision Commenced: 06/29/2021

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1                    On March 6, 2022, Paterson Police Department responded to a report of a domestic argument. Upon arrival, they met with the victim who stated her ex-boyfriend, Marckese Stewart, came to her apartment demanding money. She informed officers there had been prior domestic incidents which were undocumented. She added that while on the phone with Mr. Stewart, he said he was going to smash her car windows. The officers responded to her vehicle and observed the windows being damaged. The victim completed the probable cause form and she requested temporary restraining order. Mr. Stewart was not located and was charged with Terroristic Threats, Endangering the Welfare and Criminal Mischief and a warrant was issued.

                     Mr. Stewart surrendered to Paterson Police Department on March 8, 2022. He was released from custody on March 9, 2022, and the charges remain pending in New Jersey Superior Court – Passaic County.

U.S. Probation Officer Action:

At this time, it is requested that no action be taken by the Court until this matter is resolved. The undersigned officer has spoken with Mr. Stewart, his employer, and the victim. His employer has given him a positive review about his work performance, while the victim has confirmed she is pregnant with Mr. Stewart's child and they would like to reconcile. She noted Mr. Stewart acts out when he is under the influence of alcohol. As a result, the probation office is referring Mr. Stewart to Oaks Integrated for a substance abuse and mental health assessment. Should Mr. Stewart engage in additional illegal behavior or violate the

Prob 12A – page 2
Marckese Stewart

conditions of supervised release in another manner, the Court will be notified and a new course of action may be recommended.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Patrick T. Hattersley*

By:   PATRICK HATTERSLEY
Senior U.S. Probation Officer

/ ph

APPROVED:

Digitally signed by Luis R. Gonzalez
Date: 2022.03.25 17:15:53 -04'00'

LUIS R. GONZALEZ                    Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐  **x  No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)**

☐   Submit a Request for Modifying the Conditions or Term of Supervision

☐   Submit a Request for Warrant or Summons

☐   Other

**s/Stanley R. Chesler, U. S. D. J.**

Signature of Judicial Officer

**3/28/2022**
Date