PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Marckese Stewart        Cr.: 07-00143-017
                                                                                                                                                                                                                       PACTS #: 48746

Name of Sentencing Judicial Officer:    THE HONORABLE STANLEY R. CHESLER
                                                         SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 07/11/2012

Original Offense:    Count One: Racketeering Conspiracy

Original Sentence: 116 months imprisonment, 36 months supervised release

Special Conditions: Mental Health Treatment, Substance Abuse Testing/Treatment, Restitution - Money, Prohibition on Gangs/Criminal Associations, Other Financial Obligation

Type of Supervision: Supervised Release                 Date Supervision Commenced: 06/29/2021

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | In June of 2022, the probation office became concerned about the IUS abusing alcohol. As a result, on June 17, 2022, he was placed on the Soberlink program which requires a daily breathalyzer test. On July 16, 2022, his breathalyzer result was .009%. On July 18, 2022, his breathalyzer result was .009%. On July 28, 2022, his breathalyzer result was .016% and on August 14, 2022, his breathalyzer result was .012. In addition, there were dates where the IUS did not submit a test within the scheduled time frame. He was removed from the Soberlink program on August 21, 2022.<br><br>On June 7, 2022, August 16, 2022, and September 20, 2022, the IUS submitted urine samples that were determined to be diluted by the laboratory. On July 20, 2022, the IUS provided a urine sample which tested positive for amphetamines. On October 4th and October 21, 2022, he tested negative for drug and alcohol use. |
| 2 | On September 10, 2022, the Paterson Police responded to a call for a domestic assault. Upon arrival, they met with the victim who stated her boyfriend, the IUS, did not come home the night before and this morning he was banging on her door. They began to argue, and he took her house and car keys and attempted to leave. A brief scuffle ensued. The victim had minor scratches on her right forearm. The IUS left before police arrived. The victim called the IUS in the presence of the police. He was asked to return the vehicle and house keys. He advised the vehicle was parked on Piercy Street and the keys were inside the vehicle. The victim did not want to pursue this matter and Paterson Police did not charge him with any criminal offenses. |

Prob 12A – page 2
Marckese Stewart

U.S. Probation Officer Action:
The IUS has been engaged in outpatient substance abuse counseling at Oaks Integrated Care Center. He continues to attend individual and group sessions and undergoes random urine screens.

The IUS has experienced multiple domestic incidents involving his girlfriend. The undersigned officer has held an adjustment session with the IUS, the victim and Supervising United States Probation Officer to discuss the probation office's concern about the relationship. The IUS has secured a new residence in East Orange, New Jersey and has been told he cannot live with the victim.

The probation office will continue to monitor the IUS's compliance with the conditions of supervision and will report any subsequent violations to the Court in a timely manner. It is requested no formal action be taken by the Court at this time.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer
*Patrick Hattersley/SGM*

By:   PATRICK HATTERSLEY
      Senior U.S. Probation Officer

/ ph

APPROVED:

_____   10/21/2022
SUZANNE GOLDA-MARTINEZ         Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐  X **No Formal Court Action to be Taken at This Time**

☐  Submit a Request for Modifying the Conditions or Term of Supervision

☐  Submit a Request for Warrant or Summons
☐  Other

s/Stanley R. Chesler, U. S. D. J. 10/21/2022
_____
Signature of Judicial Officer